

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2013

No. 04-12-00517-CV

Sergio **ALANIS**, Sr.,
Appellant

v.

Jesus Maria **ALVAREZ**, and Alvarez & Associates,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
The Honorable Federico Hinojosa, Judge Presiding

## ORDER

The Appellee's Motion to Adopt and Conform Applicable Brief of Intervenor is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2013.

_____
Keith E. Hottle
Clerk of Court